# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Thomas L. Landes,

Defendant.

No. CR-26-05494-001-TUC-MSA

**ORDER**

**IT IS ORDERED** that the Government's motion to dismiss (Doc. 7) is **granted**. The information as to Defendant Thomas L. Landes (Doc. 1) is **dismissed without prejudice**. As to this case only, Defendant is released from all conditions of pretrial release.

Dated this 24th day of November, 2026.

Maria S. Aguilera

Honorable Maria S. Aguilera
United States Magistrate Judge